**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FINNAVATIONS LLC. | § | |
| | § | |
| Plaintiff, | § | Case No: 1:18-cv-00445-RGA |
| | § | |
| vs. | § | **PATENT CASE** |
| | § | |
| STITCH LABS, INC. | § | |
| | § | |
| Defendant. | § | |
| | § | |
| _____ | § | |

## JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Plaintiff's time to respond to Defendant's Motion To Dismiss  (D.I. 9).  Subject to the Court's approval, the parties request that Plaintiff's time to file its response to Defendant's Motion To Dismiss be extended three weeks up to and including June 20, 2018.  The parties also request that Defendant's Reply to Plaintiff's Response to Defendant's Motion To Dismiss be extended up to and including July 9, 2018.  No party will be prejudiced by these brief extensions.

May 25, 2018

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com

*Attorneys for Plaintiff*

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld
Brian R. Michalek
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jbbefiling@mnat.com

**SO ORDERED**, this _____ day of _____, 2018.

_____
Judge - United States District Court