

October 26, 2018

Stamatios Stamoulis
stamoulis@swdelaw.com

**<u>VIA HAND DELIVERY AND CM/ECF</u>**
The Hon. Richard G. Andrews
United States District Court
844 North King Street, Unit 26
Wilmington, DE 19801

  *Re:* *Finnavations LLC v. Payoneer, Inc.*
    *Case No: 1:18-cv-00444-RGA*

    *Finnavations LLC v. Stitch Labs, Inc.*
    *Case No: 1:18-cv-00445-RGA*

  As Your Honor requested at the hearing in Wednesday October 24, 2018, attached are the portions of the file history relevant to the issue of patent eligibility under section 101.

  We are available at the Court's convenience should Your Honor have any questions regarding the foregoing.

            Respectfully Submitted,

            STAMOULIS & WEINBLATT LLC

            /s/ Stamatios Stamoulis
            Stamatios Stamoulis (#4606)
            Two Fox Point Centre
            6 Denny Road, Suite 307
            Wilmington, DE 19809
            (302) 999-1540
            stamoulis@swdelaw.com

            *Counsel for Plaintiff*