IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINNAVATIONS LLC | § § § | |
| v. | § § | Case No. 1:18-cv-445-RGA |
| STITCH LABS, INC. | § § § | |

## JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Plaintiff's time to respond to Defendant Stitch Labs, Inc.'s Motion For Attorney's Fees Pursuant to 35 U.S.C. § 285 and Opening Brief in Support (D.I. 21 & 22) ("Defendant's Motion").  Subject to the Court's approval, the Plaintiff requests that Plaintiff's time to file its response to Defendant's Motion be extended three weeks up to and including January 16, 2019.

Counsel for Plaintiff and counsel for Defendant have also met and conferred regarding extending Defendant's time to reply to Plaintiff's Response to Defendant's Motion.  Subject to the Court's approval, Plaintiff requests that Defendant's time to file its reply to Plaintiff's Response to Defendant's Motion be extended up to and including January 30, 2019.

| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Stamatios Stamoulis* | */s/ Jennifer Ying* |
| Stamatios Stamoulis (#4606)<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com | Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jying@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED**, this _____ day of _____, 2018.

_____
Judge - United States District Court